JOHN C. KIRKE, #175055
johnk@donahue.com
WILLIAM R. HILL, #114954
rock@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
P.O. Box 12979
Oakland, California 94604-2979
Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Defendant
MARIN MOUNTAIN BIKES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND STATE INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIN MOUNTAIN BIKES, INC., a California corporation; and ATB SALES LIMITED, a private limited liability company in the United Kingdom,<br><br>Defendants. | CASE NO. 4:11-cv-05193-CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**[LOCAL RULE 6-1]** |

STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT    CASE NO. 4:11-CV-05193

O:\Marin Mountain Bikes\Diamond State Ins. Co. v. Marin Mountain Bikes (1MMBX-INSXX)\Pleadings\Stipulation and Proposed Order re Extension_1.doc

Plaintiff Diamond State Insurance Company ("Plaintiff") and Defendant Marin Mountain Bikes, Inc. ("Defendant") stipulate as follows:

WHEREAS, the Complaint in this action was filed on October 24, 2011, and an answer or other responsive pleading would be due on December 15, 2011;

WHEREAS, there have been no previous requests to the Court for an extension and the stipulated extension of time will not impact any deadlines set by the Court or pursuant to Rule 26;

WHEREAS, the parties below stipulate that the deadline for Defendant to answer or otherwise respond to the Complaint is December 30, 2011.

IT SO STIPULATED.

Dated: December __, 2011          DONAHUE GALLAGHER WOODS LLP


                                  By: /s/ John C. Kirke
                                      John C. Kirke
                                      Attorneys for Defendant
                                      MARIN MOUNTAIN BIKES, INC.

Dated: December 13, 2011          NIELSEN HALEY & ABBOT LLP


                                  By: /s/ Jennifer S. Cohn
                                      Jennifer S. Cohn, Esq.
                                      Attorneys for Plaintiff
                                      DIAMOND STATE INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/14/2011

                                  Hon. Claudia Wilken
                                  United States District Court Judge

-1-

STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT    CASE NO. CV 11 5193 LB

O:\Marin Mountain Bikes\Diamond State Ins. Co. v. Marin Mountain Bikes (1MMBX-INSXX)\Pleadings\Stipulation and Proposed Order re Extension_1.doc