1  JOHN C. KIRKE, #175055
   johnk@donahue.com
2  WILLIAM R. HILL, #114954
   rock@donahue.com
3  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
4  1999 Harrison Street, 25th Floor
   Oakland, California  94612-3520
5  P.O. Box 12979
   Oakland, California  94604-2979
6  Telephone:   (510) 451-0544
   Facsimile:   (510) 832-1486
7
   Attorneys for Defendant
8  MARIN MOUNTAIN BIKES, INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   DIAMOND STATE INSURANCE                CASE NO.  4:11-cv-05193-CW
13 COMPANY, an Indiana corporation,
                                          **STIPULATION AND [PROPOSED]**
14          Plaintiff,                    **ORDER FOR EXTENSION OF TIME TO**
                                          **ANSWER OR OTHERWISE RESPOND TO**
15     v.                                 **COMPLAINT**

16 MARIN MOUNTAIN BIKES, INC., a          **[LOCAL RULE 6-1]**
   California corporation; and ATB SALES
17 LIMITED, a private limited liability
   company in the United Kingdom,
18
            Defendants.
19

STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT      Case No. 4:11-cv-05193

O:\Marin Mountain Bikes\Diamond State Ins. Co. v. Marin Mountain Bikes (1MMBX-INSXX)\Pleadings\Stipulation and Proposed Order re Extension_1.doc

Plaintiff Diamond State Insurance Company ("Plaintiff") and Defendant Marin Mountain Bikes, Inc. ("Defendant") stipulate as follows:

WHEREAS, the Complaint in this action was filed on October 24, 2011, and an answer or other responsive pleading would be due on December 15, 2011;

WHEREAS, there have been no previous requests to the Court for an extension and the stipulated extension of time will not impact any deadlines set by the Court or pursuant to Rule 26;

WHEREAS, the parties below stipulate that the deadline for Defendant to answer or otherwise respond to the Complaint is December 30, 2011.

IT SO STIPULATED.

Dated: December __, 2011          DONAHUE GALLAGHER WOODS LLP


By: /s/ John C. Kirke
John C. Kirke
Attorneys for Defendant
MARIN MOUNTAIN BIKES, INC.

Dated: December 13, 2011          NIELSEN HALEY & ABBOT LLP


By: /s/ Jennifer S. Cohn
Jennifer S. Cohn, Esq.
Attorneys for Plaintiff
DIAMOND STATE INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/14/2011

Hon. Claudia Wilken
United States District Court Judge

-1-