IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND STATE INSURANCE COMPANY, an Indiana corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIN MOUNTAIN BIKES, INC., a California corporation; and ATB SALES LIMITED, a private limited company in the United Kingdom,<br><br>    Defendants.<br>_____/ | No. C 11-5193 CW<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT MARIN MOUNTAIN BIKES, INC.'S MOTION TO DISMISS, ABSTAIN OR STAY, AND VACATING HEARING (Docket No. 12) |

    On December 30, 2011, Defendant Marin Mountain Bikes, Inc. filed a motion to dismiss, abstain from exercising jurisdiction or stay Plaintiff Diamond State Insurance Company's claims against it in the instant action pending final resolution of the underlying action pending in <u>ATB Sales Limited v. Marin Mountain Bikes</u>, Case No. 11-4755-CW (N.D. Cal).

    Pursuant to Local Rule 7-3(a), Plaintiff was required to file any opposition to Defendant's motion within fourteen days thereafter, or by January 13, 2012. Plaintiff has not yet filed an opposition to Defendant's motion.

    The Court GRANTS Plaintiff leave to file an opposition, if any, to Defendant's motion within one week of the date of this Order. If Plaintiff does not file an opposition to Defendant's motion, the Court shall dismiss Plaintiff's claims against Defendant Marin Mountain Bikes, Inc. for failure to prosecute.

1    The hearing currently scheduled from February 23, 2012 at
2  2:00 p.m. is hereby VACATED.
3    IT IS SO ORDERED.

Dated: 1/18/2012

_____
CLAUDIA WILKEN
United States District Judge