IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND STATE INSURANCE COMPANY, an Indiana corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>MARIN MOUNTAIN BIKES, INC., a California corporation; and ATB SALES LIMITED, a private limited company in the United Kingdom,<br><br>      Defendants.<br>_____/ | No. C 11-5193 CW<br><br>ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS, ABSTAIN OR STAY (Docket No. 12) |

    On September 23, 2011, ATB Sales Limited (ATB) filed a federal action against Marin Mountain Bikes, Inc. (MMB), seeking to enforce a foreign judgment in favor of ATB against MMB. Request for Judicial Notice ¶ 1, Ex. A, Compl., <u>ATB Sales Limited v. Marin Mountain Bikes, Inc.</u>, Case No. 11-4755 YGR (N.D. Cal.) (<u>ATB</u> case).

    On October 24, 2011, Plaintiff Diamond State Insurance Company filed the instant suit against ATB and MMB, seeking a declaratory judgment that it does not have a duty to defend or indemnify MMB in connection with the <u>ATB</u> case. Compl. ¶¶ 9-13.

    On December 30, 2011, MMB filed a motion to dismiss, abstain or stay the current suit pending resolution of the <u>ATB</u> case. Docket No. 12. On February 8, 2012, MMB filed a request for leave to file supplementary material in connection with its earlier motion, representing that it had reached a settlement with ATB in the underlying case. Docket No. 19.

After the Court granted the parties leave to file supplementary material, MMB filed a sur-reply on April 16, 2012, stating that all parties have signed a written settlement agreement resolving the ATB case and that its motion to dismiss, abstain or stay the instant action had become moot in full. Docket No. 21, at 1-2.  MMB also represented that the parties would file a notice in the ATB case informing the Court of the settlement.  Id. at 1.  The Court notes that no such notice has been filed in the docket of the ATB case and that that case is still pending.

Based on MMB's statement, the Court DENIES AS MOOT MMB's motion to dismiss, abstain or stay (Docket No. 12).

A case management conference in this action is currently set for May 2, 2012, at 2:00 p.m.  Pursuant to the case management scheduling order, the parties are required to file a joint case management statement no later than April 25, 2012.  In the parties' case management statement, in addition to the items required by the Standing Order for All Judges of the Northern District of California, the parties shall also address whether the ATB case has been closed and whether they have reached a resolution of the instant case.

IT IS SO ORDERED.

Dated: 4/23/2012

CLAUDIA WILKEN
United States District Judge

CC: Hon. Yvonne Gonzalez Rogers