JAMES C. NIELSEN (111889)
*jnielsen@nielsenhaley.com*
JENNIFER S. COHN (169973)
*jcohn@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for Plaintiff
Diamond State Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DIAMOND STATE INSURANCE COMPANY, *an Indiana corporation*, <br><br>Plaintiff, <br><br>v. <br><br>MARIN MOUNTAIN BIKES, INC., *a California corporation*: *et al.*, <br><br>Defendants. | No. 4:11-CV-05193-CW <br><br> STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND TO EXTEND PRETRIAL DEADLINES |
| AND RELATED COUNTERCLAIMS. | |

1

WHEREAS, plaintiff/counterdefendant Diamond State Insurance Company commenced this insurance coverage action on October 24, 2011,

WHEREAS, during the case management conference on May 2, 2012, the Court set a trial date of January 14, 2013, as well as various pre-trial deadlines.

WHEREAS, defendant/counterclaimant Marin Mountain Bikes filed an answer and counterclaims against Diamond State on May 16, 2012,

WHEREAS, Diamond State filed a motion to strike Marin's affirmative defenses and to dismiss Marin's original counterclaims (and for a more definite statement) on June 11, 2012,

WHEREAS, Marin responded to Diamond State's motion by filing amended counterclaims on July 2, 2012, and requesting leave to file amended affirmative defenses,

WHEREAS, Diamond State filed a reply brief supporting its motion to strike the original affirmative defenses, arguing that Marin's proposed amended affirmative defenses are defective and violate FRCP 8(b) and 9(b),

WHEREAS, Diamond State filed a motion to dismiss Marin's amended counterclaims on July 25, 2012,

WHEREAS, the Court held a hearing on Diamond State's motion to dismiss Marin's amended counterclaims on August 30, 2012,

WHEREAS, in an order dated September 10, 2012, the Court granted Marin leave to file its amended affirmative defenses, ordered that Diamond State's reply brief concerning the motion to strike Marin's original affirmative defenses be treated as a motion to strike the amended affirmative defenses, and set further briefing deadlines on the motion (Marin's response brief is due within two weeks of September 10, 2012, and Diamond State's further reply brief is due one week thereafter),

WHEREAS, the order dated September 10, 2012, granted Diamond State's motion to dismiss Marin's amended counterclaims for breach of contract, breach of the implied covenant of good faith and fair dealing, and fraud, but also granted Marin leave to amend each of those

1  counterclaims, including (as to the fraud counterclaim) "leave to amend to assert actionable
2  fraudulent representations about the coverage that would be provided for ATB made outside of
3  the policy language itself."
4       WHEREAS, the order dated September 10, 2012, extended the dispositive motion hearing
5  deadline from October 4, 2012, to December 13, 2012, and took off calendar the status
6  conference scheduled for October 4, 2012, but did not continue the trial date itself, discovery cut
7  off, expert disclosure deadline, or other pre-trial deadlines,
8       WHEREAS, the parties previously obtained a stipulated order to extend the discovery cut
9  off by two weeks (from October 1, 2012, to October 22, 2012), but have made no other prior
10 stipulations or requests to extend the pre-trial deadlines set by the Court on May 2, 2012.
11      WHEREAS, the parties have not previously stipulated or requested to continue the
12 current trial date of January 14, 2013,
13      WHEREAS the parties agree that the current trial date, discovery cut off, expert
14 disclosure deadline, and other pre-trial deadlines are no longer workable given that Marin plans
15 to file a further amended counterclaim on or before the deadline of September 17, 2012, and
16 Diamond State's motion to strike Marin's amended affirmative defenses is still pending,
17      Plaintiff/Cross-defendant Diamond State Insurance Company and Defendant/Cross-
18 complainant Marin Mountain Bikes, Inc., hereby stipulate and request that the Court order that
19 the original trial date and original pre-trial deadlines be continued and extended by 120 days as
20 follows:

| | |
|---|---|
| Completion of Fact Discovery: | Extended from 10/22/12 (per prior 2 week prior stipulated extension) to **1/29/13** (120 days from original deadline of 10/1/12). |
| Disclosure of Identifies and Reports of Expert Witnesses: | Extended from 10/15/12, to **2/13/12** (120 days from 10/15/12 deadline, plus an extra day due to the last day falling on Lincoln's birthday). |

3

| | |
|---|---|
| Completion of Expert Discovery | Extended 120 days from 11/15/12, to **3/15/13.** |
| All case-dispositive motions to be heard at 2:00 p.m. on or before: | Extended from 12/13/12 (per 9/10/12 order extending original deadline) to **2/7/13** (120 days from original deadline of 10/4/12). |
| Final pre-trial conference: | Continued 120 days from 1/2/13, to **5/8/13**, or as soon thereafter as the Court is available. |
| Jury trial: | Continued 120 days from 1/14/13, to **5/14/13**, or as soon thereafter as the Court is available. |

IT IS SO STIPULATED.

Dated: September __, 2012          NIELSEN HALEY & ABBOTT, LLP

By: _____
    Jennifer Cohn
    Attorneys for Plaintiff/Cross-defendant
    Diamond State Insurance Company

Dated: September __, 2012          DONAHUE GALLAGHER WOODS LLP

By: _____
    W. Rock Hill
    Attorneys for Defendant/Cross-complainant
    Marin Mountain Bikes, Inc.

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED, **except a further case management conference will be held on February 7, 2013; the pretrial conference will be held on Wednesday, May 1, 2013, at 2:00 p.m; and the jury trial will begin on Monday, May 13, 2013 at 8:30 a.m.**

Dated: 9/18/2012                   _____
                                   Hon. Claudia Wilken
                                   United States District Court Judge