1  JAMES C. NIELSEN (111889)
   jnielsen@nielsenhaley.com
2  JENNIFER S. COHN (169973)
   jcohn@nielsenhaley.com
3  NIELSEN, HALEY & ABBOTT LLP
4  44 Montgomery Street, Suite 750
   San Francisco, California 94104
5  Telephone: (415) 693-0900
   Facsimile: (415) 693-9674
6

7  Attorneys for Plaintiff
   DIAMOND STATE INSURANCE COMPANY
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DIAMOND STATE INSURANCE COMPANY, *an Indiana corporation*, <br><br> Plaintiff, <br><br> v. <br><br> MARIN MOUNTAIN BIKES, INC., *a California corporation: et al.*, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | No. 4:11-CV-05193-CW <br><br> STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE |

0

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE – NO. 4:11-CV-05193-CW

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and (c), plaintiff/counterdefendant Diamond State Insurance Company ("Diamond State") and defendant/counterclaimant Marin Mountain Bikes, Inc. ("Marin"), by and through their attorneys of record, hereby stipulate to the dismissal with prejudice of the instant action, including Diamond State's complaint and all counterclaims filed by Marin in this matter. Each party to bear its own costs.

IT IS SO STIPULATED,

Dated: February 27, 2013        NIELSEN HALEY & ABBOTT, LLP

                                By: _____
                                    Jennifer S. Cohn
                                    Attorneys for Plaintiff/Cross-defendant
                                    Diamond State Insurance Company

Dated: February 27, 2013        DONAHUE GALLAGHER WOODS LLP

                                By: _____
                                    William Hill
                                    Attorneys for Defendant/Cross-complainant
                                    Marin Mountain Bikes, Inc.

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. All pending motions are terminated.

Dated: 3/1/2013                 _____
                                Hon. Claudia Wilken
                                United States District Court Judge

1

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE– NO. 4:11-CV-05193-CW